No. 11–11112. JOHNSON *v.* WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–11113. CAVINS *v.* HUNTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–11115. WILLIAMS *v.* EDENFIELD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–11116. WILEY *v.* GRIMMER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–11117. WILLIAMS *v.* OHIO PAROLE AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 11–11118. WALLACE *v.* COHEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–11119. SHAO *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–11121. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–11122. RICHEY *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 11–11123. REGA *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–11124. SARCONA, AKA SARCONE, AKA JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–11125. MORALES *v.* ELLIS. C. A. 11th Cir. Certiorari denied.

No. 11–11126. MURDOCK *v.* MICHIGAN. Cir. Ct. Isabella County, Mich. Certiorari denied.

No. 11–11127. BAKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–11128. ADAMS *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.